No. 10–778. MOHAMED ET AL. v. JEPPESEN DATAPLAN, INC., ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–872. FREEMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–1089. KINDER v. ALLIED INTERSTATE, INC., ET AL. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–1090. MEDIOSTREAM, INC. v. ACER AMERICA CORP. ET AL. C. A. Fed. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–9320. BISSON v. MARTIN LUTHER KING, JR. HEALTH CLINIC, ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–9413. AGUADO-GUEL v. PEARSON, WARDEN. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9439 (10A933). TEAGUE v. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION. C. A. 4th Cir. Application for stay, addressed to JUSTICE ALITO and referred to the Court, denied. Certiorari denied.

No. 10–9808. BUNKE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9976. KNIGHT v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9983. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.